NUMBER
13-10-00018-CV

 

                                 COURT
OF APPEALS

 

                     THIRTEENTH
DISTRICT OF TEXAS

 

                         CORPUS
CHRISTI - EDINBURG


____________________________________________________________

 

IN THE MATTER OF THE
GUARDIANSHIP OF 

AGNES WILLEMIN MEELER

____________________________________________________________

 

                     On
appeal from the County Court at Law No. 1

                                       of
Victoria County, Texas.

____________________________________________________________

 

                               MEMORANDUM
OPINION

 

Before Justices
Yañez, Rodriguez, and Garza

Memorandum Opinion
Per Curiam

 








Appellants,
Barbara Hennig and William W. Matthews, perfected an appeal from a judgment
entered by the County Court at Law No. 1 of Victoria County, Texas, in cause
number GDN 1-119.  On February 4, 2010, this Court abated the case to allow the
parties the opportunity to engage in settlement negotiations.  The case is
hereby REINSTATED.

Appellants
have filed a motion to dismiss the appeal, with prejudice.  Appellants request
that this Court dismiss the appeal.

The
Court, having considered the documents on file and appellants’ motion to
dismiss the appeal, with prejudice, is of the opinion that the motion should be
granted.  See Tex. R. App. P.
42.1(a).  Appellants’ motion to dismiss is granted, and the appeal is hereby
DISMISSED WITH PREJUDICE.  Costs will be taxed against appellants. See Tex. R. App. P. 42.1(d) ("Absent
agreement of the parties, the court will tax costs against the
appellant.").  Having dismissed the appeal at appellants= request, no motion for rehearing will be entertained,
and our mandate will issue forthwith.

 

 

PER
CURIAM

Delivered and filed the

22nd day of April, 2010.